**182 So. 82**

**George LIKOS (alias Likus) v. STATE.**

**7 Div. 514.**

Supreme Court of Alabama.
May 12, 1938.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

Motley & Motley, of Gadsden, for respondent.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Likos v. State, 182 So. 81.

Writ granted on authority of Rube Jackson v. State, post, p. 75, 182 So. 83.

All the Justices concur.